```
1   Robert E. Hess (SBN 178042)
    rhess@hinshawlaw.com
2   HINSHAW & CULBERTSON LLP
    633 West 5th Street, 47th Floor
3   Los Angeles, CA 90071-2043
    Telephone:    213-680-2800
4   Facsimile:    213-614-7399

5   Attorneys for Defendants
    Metropolitan Life Insurance Company and Bank of
6   America Group Benefits Program

7   Michelle L. Roberts, State Bar No. 239092
    E-mail: mroberts@kantorlaw.net
8   KANTOR & KANTOR, LLP
    1050 Marina Village Pkwy., Ste. 105
9   Alameda, CA 94501
    Telephone: (510) 992-6130
10  Facsimile: (510) 280-7564

11  Attorneys for Plaintiff,
    Nazir Hamid
12
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| NAZIR HAMID, | Case No. 3:20-cv-01601-VC |
|---|---|
| Plaintiff, | (Honorable Vince Chhabria) |
| vs. | |
| METROPOLITAN LIFE INSURANCE COMPANY; BANK OF AMERICA GROUP BENEFITS PROGRAM, | **JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE BRIEFING SCHEDULE AND HEARING ON MOTION FOR JUDGMENT**   AS AMENDED |
| Defendants. | |

Plaintiff Nazir Hamid ("Plaintiff") and Defendant Metropolitan Life Insurance Company ("MetLife") and Bank of America Group Benefits Program (collectively, "Defendants"), by and through their undersigned counsel of record, hereby stipulate, subject to Court approval, to continue the briefing schedule and hearing dates for Motion for Judgment in this action, as requested below, for the following reasons:

1.     Whereas this is an action for benefits brought under the Employee Retirement Income Security Act of 1974 ("ERISA"). On August 14, 2020, the Parties engaged in a full-day private mediation through JAMS and the case did not settle.

2.     Whereas the Parties have continued to negotiate through the mediator and believe that a resolution may be likely if the Parties had more time to devote to settlement discussions rather than incurring attorneys' fees preparing their respective motions for judgment.

3.     Whereas Plaintiff's Opening Brief is currently scheduled to be filed by October 8, 2020. Defendant's Opening/Opposition Brief is currently scheduled to be filed by October 22, 2020. Plaintiff's Opposition/Reply Brief is scheduled to be filed by November 19, 2020. The hearing on Cross-Motions for Judgment is currently set for December 10, 2020.  [Dkt. No. 25].

4.     Whereas the Parties believe that any settlement in principle will be reached, any notice of settlement will be filed, within two weeks and seek an extension on the current schedule as follows:

    Plaintiff's opening brief due: 10/22/2020

    Defendant's opening/opposition brief due: 11/5/2020

    Plaintiff's opposition/reply brief due: 11/19/2020

    Defendant's reply brief due: 12/3/2020

    Bench trial/hearing: 1/7/2020 at 10:00 a.m., or as soon thereafter as the Court is available.

5.     Now, therefore, for good cause showing, the parties request the briefing schedule and the hearing on the Motion for Judgment be continued as follows:

    Plaintiff's opening brief due: 10/22/2020

    Defendant's opening/opposition brief due: 11/5/2020

    Plaintiff's opposition/reply brief due: 11/19/2020

    Defendant's reply brief due: 12/3/2020

    Bench trial/hearing: 1/7/2021 at 10:00 a.m., or as soon thereafter as the Court is available.

6.     Whereas, the parties have not previously requested a trial continuance.

| | | |
|---|---|---|
| DATED: | September 18, 2020 | HINSHAW & CULBERTSON LLP |
| | | By: /s/ *Robert E. Hess* |
| | | ROBERT E. HESS |
| | | Attorneys for Defendants |
| | | Metropolitan Life Insurance Company and |
| | | Bank of America Group Benefits Program |
| | | |
| DATED: | September 18, 2020 | KANTOR & KANTOR LLP |
| | | By: /s/ *Michelle L. Roberts* |
| | | MICHELLE L. ROBERTS |
| | | Attorneys for Plaintiff Nazir Hamid |

*Filer's Attestation: Pursuant to Local Rule 5-1(i)(3) regarding signatures, Michelle Roberts hereby attests that concurrence in the filing of this document and its content has been obtained by all signatories listed.*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

The Court adopts the following dates for the briefing schedule and hearing on the Motion for Judgment:

    Plaintiff's opening brief due: 10/22/2020

    Defendant's opening/opposition brief due: 11/5/2020

    Plaintiff's opposition/reply brief due: 11/19/2020

    Defendant's reply brief due: 12/3/2020

    Bench trial/hearing: ~~1/7/2021 at 10:00 a.m.~~ January 21, 2021 at 10 a.m.

Dated: September 22, 2020

    United St[ates District Court] [APPROVED — Judge Vince Chhabria]
    Hon. Vince Chhabria