ROBERT E. HESS (SBN 178042)
rhess@hinshawlaw.com
HINSHAW & CULBERTSON LLP
350 South Grand Ave., Suite 3600
Los Angeles, CA 90071-3476
Telephone:	(213) 680-2800
Facsimile:	(213) 614-7399

Attorneys for Defendants
Metropolitan Life Insurance Company and Bank of America Group Benefits Program

MICHELLE L. ROBERTS (SBN 239092)
mroberts@kantorlaw.net
KANTOR & KANTOR
1050 Marina Village Pkwy., Ste. 105
Alameda, CA  94501
Telephone: (510) 992-6130
Facsimile: (510) 280-7564

Attorneys for Plaintiff,
Nazir Hamid

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAZIR HAMID,<br><br>    Plaintiff,<br><br>    vs.<br><br>METROPOLITAN LIFE INSURANCE COMPANY; BANK OF AMERICA GROUP BENEFITS PROGRAM,<br><br>    Defendants. | Case No. 3:20-cv-01601-VC<br><br>(Honorable Vince Chhabria)<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO REVISE FINAL BRIEFING SCHEDULE**<br><br>Crtrm:  4 - 17th Floor - San Francisco<br><br>Trial/Hearing Date: January 21, 2021<br>Complaint Filed:   March 4, 2020 |

Plaintiff Nazir Hamid ("Plaintiff") and Defendant Metropolitan Life Insurance Company ("MetLife") and Bank of America Group Benefits Program (collectively, "Defendants"), by and through their undersigned counsel of record, hereby stipulate,

HINSHAW & CULBERTSON LLP
350 South Grand Ave., Suite 3600
Los Angeles, CA 90071-3476
213-680-2800

JOINT STIP AND PROPOSED ORDER RE BRIEFING SCHEDULE
Case No. 3:20-cv-01601-VC
1029412\306942930.v1

subject to Court approval, to continue the final briefing schedule in this ERISA-governed action, as requested below, for the following reasons:

1. Whereas, on October 22, 2020, Plaintiff filed his Opening Brief/Motion for Judgment, and on November 5, 2020, Defendants filed their Opening Brief/Cross-Motion for Judgment.

2. Whereas, the bench trial for this ERISA-governed case is scheduled for January 21, 2021.

3. Whereas, the schedule for the Parties' remaining briefing is as follows:

Plaintiff's opposition/reply brief due:        11/19/2020

Defendants' reply brief due:                   12/3/2020

3. Whereas, because Defendants' next brief is currently due just after the Thanksgiving holiday, and Defendants' counsel is scheduled to be on an out-of-town vacation during that holiday, the Parties have stipulated to a slightly revised schedule for their final briefing in this case, without changing the currently scheduled trial date of January 21, 2021.

5. Now, therefore, for good cause showing, the parties request the final briefing schedule be revised as follows:

Plaintiff's opposition/reply brief due: 11/24/2020

Defendant's reply brief due: 12/15/2020

Bench trial/hearing:  1/21/2021 at 10:00 a.m. (unchanged)

DATED:    November 6, 2020                HINSHAW & CULBERTSON LLP

By:  */s/ Robert Hess*
ROBERT HESS
Attorneys for Defendants Metropolitan Life Insurance Company and Bank of America Group Benefits Program

HINSHAW & CULBERTSON LLP
350 South Grand Ave., Suite 3600
Los Angeles, CA 90071-3476
213-680-2800

JOINT STIP AND PROPOSED ORDER RE BRIEFING SCHEDULE
Case No. 3:20-cv-01601-VC
1029412\306942930.v1

DATED: November 6, 2020  KANTOR & KANTER LLP

By: */s/ Michelle L. Roberts*
MICHELLE L. ROBERTS
Attorneys for Plaintiff Nazir Hamid

*Filer's Attestation: Pursuant to Local Rule 5-1(i)(3) regarding signatures, Michelle Robert hereby attests that concurrence in the filing of this document and its content has been obtained by all signatures listed.*

HINSHAW & CULBERTSON LLP
350 South Grand Ave., Suite 3600
Los Angeles, CA 90071-3476
213-680-2800

JOINT STIP AND ~~PROPOSED~~ ORDER RE BRIEFING SCHEDULE
Case No. 3:20-cv-01601-VC
1029412\306942930.v1

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

The Court adopts the following dates for the Parties' final briefing schedule:

| | |
|---|---|
| Plaintiff's opposition/reply brief due: | 11/24/2020 |
| Defendant's reply brief due: | 12/15/2020 |
| Bench trial/hearing: | January 21, 2021 at 10:00 a.m. |

DATED: November 10, 2020

By: _____
UNITED STATES DISTRICT COURT
Honorable Vince Chhabria

[GRANTED — Judge Vince Chhabria — United States District Court, Northern District of California seal]

HINSHAW & CULBERTSON LLP
350 South Grand Ave., Suite 3600
Los Angeles, CA 90071-3476
213-680-2800