UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAZIR HAMID,<br><br>        Plaintiff,<br><br>    v.<br><br>METROPOLITAN LIFE INSURANCE COMPANY, et al.,<br><br>        Defendant. | 20-cv-01601-VC<br><br>**JUDGMENT** |

Judgment is entered in accordance with the order granting Hamid's motion for judgment. *See* Dkt. No. 42. Any motion for costs and attorneys' fees is due within 14 days of entry of this judgment. The Clerk of Court is directed to close the case.

**IT IS SO ORDERED.**

Dated: February 5, 2021

_____
VINCE CHHABRIA
United States District Judge