1  ROBERT E. HESS (SBN 178042)
   rhess@hinshawlaw.com
2  HINSHAW & CULBERTSON LLP
   350 South Grand Ave., Suite 3600
3  Los Angeles, CA 90071-3476
   Telephone:  213-680-2800
4  Facsimile:   213-614-7399

5  Attorneys for Defendants
   Metropolitan Life Insurance Company and Bank of America Group Benefits
6  Program

7

8                       UNITED STATES DISTRICT COURT

9                      NORTHERN DISTRICT OF CALIFORNIA

10

11 | NAZIR HAMID,                              | Case No. 3:20-cv-01601-VC
12 |         Plaintiff,                        | (Honorable Vince Chhabria)
13 |     vs.                                   |
14 | METROPOLITAN LIFE INSURANCE                | [~~PROPOSED~~] **ORDER EXTENDING FILING DEADLINE FOR MOTION FOR ATTORNEYS' FEES AND COSTS**
15 | COMPANY; BANK OF AMERICA                   |
   | GROUP BENEFITS PROGRAM,                    |
16 |         Defendants.                        |

Pursuant to the parties' stipulation, and good cause shown, IT IS HEREBY ORDERED that the filing deadline for any motion for attorneys' fees and costs be extended an additional 14 days to March 5, 2021.

DATED: February 16, 2021



HONORABLE VINCE CHHABRIA
United States District Judge

[PROPOSED] ORDER EXTENDING FILING DEADLINE FOR MOTION FOR ATTORNEYS' FEES AND COSTS
Case No. 3:20-cv-01601-VC
1029412\307479318.v1